JOSEPH G. HART, Respondent, v. E. I. DU PONT DE NEMOURS & COMPANY, Appellant.— Judgment and order appealed from reversed on the law and the facts and a new trial granted, costs to the appellant to abide the event. In our opinion, the court charged, and the jury adopted, an erroneous measure of damages. The correct measure of damages is the difference between the market value of zinc and the contract price for the sale of the boxes, plus the reasonable cost of removing the zinc from the boxes and making it a marketable commodity. Lazansky, P. J., Kapper, Hagary, Carswetll and Tompkins, JJ., concur.

JOHN W. HAVECKER and HENRY HAVECKER, Respondents, v. EDWARD WEISS, Appellant.— Judgment and order granting plaintiffs an extra allowance unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ELEANOR RUTH HIMMELMAN, an Infant, by WILLIAM HIMMELMAN, Her Guardian ad Litem, Respondent, v. PECHTER BAKING Co., INC., Appellant. WILLIAM HIMMELMAN, Respondent, v. PECHTER BAKING Co., INC., Appellant.*— Judgment reversed on the law and the facts and the complaint dismissed, with costs, upon the ground that the driving of the car by the boy Proshifsky was without the permission of the defendant's driver, and that the defendant was not rendered liable therefor under section 59 of the Vehicle and Traffic Law. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Scudder, J., not voting.

In the Matter of Proving the Last Will and Testament of IRVING ATKINS, Deceased. GRACE CHURCHILL and BESSIE COLEMAN, Appellants; HOWARD B. LORD, as Administrator with the Will Annexed of IRVING ATKINS, Deceased, Respondent.— Decree of the Surrogate's Court of Orange county affirmed, with costs, payable out of the estate, to all parties filing briefs. Kapper, Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., dissents and votes for reversal and a new trial on the ground that it was error to exclude the testimony of Mrs. Bedford with reference to the signature of the decedent.

In the Matter of the Application of COUNTY OF WESTCHESTER, by THE WEST-CHESTER COUNTY SANITARY SEWER COMMISSION, Organized and Existing under and Pursuant to Chapter 603 of the Laws of 1926 of the State of New York, and the Acts Amendatory Thereof, and Supplemental Thereto, Appellant, to Acquire Easements in and through Lands of MIRBEN HOLDING CORPORATION, INC., Respondent, and Others, Defendants.— Order denying motion to set aside the report of commissioners and confirming the report unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Petition of EASTLAND REALTY CORPORATION, Respondent, to Register the Title to Certain Lands in Suffolk County. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Final order affirmed, with costs. No opinion. Lazansky, P. J., Young and Tompkins, JJ., concur; Davis, J., dissents; Scudder, J., not voting.

*Appeal dismissed, 264 N. Y. 456.